IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 13-80238 WHA

IN THE MATTER OF

**ORDER OF SUSPENSION**

In the Matter of Norberto Fidel Reyes, III - #158569

/

    Because Norberto Fidel Reyes, III has failed to respond to the order to show cause, Mr. Reyes' membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: January 14, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE